Submitted on the record February 1, ballot title certified February 14, 2002

David J. HUNNICUTT
and Lawrence B. George,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent.*

(SC S49177)

39 P3d 865

David J. Hunnicutt, Tigard, argued the cause and filed the petition for himself and petitioner George.

Janet A. Metcalf, Assistant Attorney General, Salem, filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

## PER CURIAM

In this ballot title review proceeding, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 150 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and conclude that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

AMENDS CONSTITUTION: NO COMPENSATION
TO PROPERTY OWNERS FOR HEALTH, SAFETY,
ENVIRONMENTAL LAWS, REGULATIONS
UNLESS RIGHT PRE-DATED 2000

RESULT OF "YES" VOTE: "Yes" vote provides that property owners are not entitled to compensation due to government laws, regulations protecting health, safety, environment, unless right existed before 2000.

RESULT OF "NO" VOTE: "No" vote rejects proposal providing property owners are not entitled to compensation due to laws, regulations protecting health, safety, environment, unless right existed before 2000.

SUMMARY: Amends constitution. Provides that property owners are not entitled to compensation due to adoption, application, enforcement of laws, regulations enacted to protect public health, safety, or environment. Laws, regulations enacted to protect environment include those: protecting water, air quality, fish, wildlife, preserving farm, forestland, controlling urban sprawl, or promoting community livability. Does not affect, limit compensation right under federal constitution or under state constitution as it existed before 2000. Before 2000, state constitution provided for compensation when government takes private property, but not when property value only reduced. 2000 measure provided for compensation when some regulations reduce value. That measure was challenged in court; when ballot title prepared, challenge not

resolved. This proposal would limit 2000 measure's effect by exempting health, safety, environmental laws, regulations.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).